By: Claimant:  Barry-Henry: Spencer Junior
               illegally held without subject matter
               jurisdiction or title at
               20 Administration Road
               Bridgewater, Massachusetts near [02324]

In the District Court of the

united States of America Claims Court

DISTRICT OF MASSACHUSETTS

BARRY SPENCER JR,                    ACT OF STATE
    Petitioner
                                WRIT OF HABEAS CORPUS

    vs

BARACK H. OBAMA,
ERIC H. HOLDER,
FRANCES McINTYRE, et. al
    Respondent(s)

### PETITION UNDER WAR POWERS ACT AND FEDERAL QUESTION UNDER THE CONSTITUTION AND MARITIME TORT COUNTERCLAIM FOR WRIT OF HABEAS CORPUS

The Attorney General of the united States of America and
State of Massachusetts

### PETITION

Place of confinement: Department of Corrections Bridgewater
State Hospital - Non prisoner illegally held No.A115500

Parties      Respondants

1. Any and All Suffolk Superior Court case(s) No. 2006-
   10731, and 2004-10017; and future;

2. Any and all Boston Municipal current and future case(s)
   No. 1001CR009026 and 1001CR008277;

3. John Ploutte, Ass Gen Couns for Department of Correc-
   tions, 70 Franklin Street Boston, MA

4. Robert Diener, Medical Director Bridgewater State
   Hospital, 20 Administration Road, Bridgewater, MA

5. Sandra L. Ehlinger, Forensic Mental Health Supervisior
   at Bridgwater State Hospital, same address as above #4

6. Jeffery Minor, PH.d Forensic Health Services Court
   Clinic 24 Chardon Street, Room 6-500 Boston, MA 02214

-1-

7.   Frances A. McIntyre, Ass J Sup Suff Ct 3 Pemberton
     Square Boston, MA 02108

8.   Carol S. Ball, Assoc J Sup Suff Ct same address as
     above No 7

9.   Nancy S. Holtz, Assoc J Sup Suff Ct same address as
     above No 7

10.  Daniel F. Conley, Suff Attry Office of Dist Attorny
     For Suffolk County 1 Bulfinch Place Boston, MA 02114

11.  Barbara A. Young, Ass Suff Attorney same address as
     above No 10

12.  John P. Zanini, Ass Suff Attorney same address as
     above No 10

13.  Elisabeth Martino, Ass Suff Attorney same address as
     above No 10

14.  Katherine Ferguson, Ass Suff Attorney same address as
     above No 10

15.  Allison Callahan, Ass Suff Attorney same address as
     above No 10

16.  Edward W. Wayland, of PERRY, KRUMSIEK & JACK,
     101 Arch Street, 19th Floor Boston, MA 02324

17.  Arnold P.Cohen, Law Offices of Arnold P. Cohen,
     242 West Broadway, Boston, MA 02127

18.  Holly Clark, Committe For Public Counsel,
     44 Bromfield Street Boston, MA 02108

19.  Brian Mahoney, ID No 10801, Boston Police Department
     Area A-1 40 sudbury Street, Boston 02114

20.  Donald Keenan, ID No 10652, same address as No 19

21.  William Dwan, ID No 10060, same address as No 19

22.  Timothy Lynch, ID No 8016, same address as No 19

23.  Peter Chu, ID No 10804, same address as No 19

24.  John Ryle, ID No 8651, same address as above No 19

25.  Commonwealth of Massachusetts - Deval Patrick Honorabl
     Governor Statehouse, Room 360 Boston, MA 02133

26.  united States of America - Barack H. Obama Lord High
     Admiral The President 1600 Pennsylvania Ave N.W.
     Washington, D.C.

27.  Attorney of the united States of America -
     Eric H. Holder Jr 950 Pennslvania Ave N.W.
     Washington, D.C. 20530-0001

28.  Nancy-Staffier-Holtz, Assoc J., same address as above No. 7

29.  Rosemary B. Minehan, Brockton District Court 215 Main Street
     Brockton, MA 02301

30.  John Plouffe, Ass Gen Couns DOC, Bridgewater State Hospital
     samae address as above No. 5

31.  Robert Murphy, Superintendant Bridgewater State Hospital
     same address as above No. 5

32.  Aurthur Tenebaum, MC Bridgewater State Hospital
     same address as above No. 5

33.  Andrea J. Cabral, Suffolk Sheriff, 20 Bradston Street
     Boston, MA 02118

Any and all Jane and John Does, and all persons incorporated in
the Docket entry sheets for all cases.


     Petitioners

34.  Barry-Henry: Spencer, Junior, a natural born Divine Creation
     and a private, Sentient, Sovereign within the constitutional
     boundaries of Massachusetts, a Republic, of the constitutional
     Township of Roxbury, within the constitutional county of
     Suffolk County, the proper jurisdiction of a Common Law,
     illegally being held at Bridgewater State Hospital
     c/o 20 Administration Road, Bridgewater, MA near 02324
     without prejudice and without waiving any rights or remedy,
     statutorial and procedual

This writ of habeas corpus, is filed by the
Petitioner, Barry-Henry: Spencer Junior, at arm's length
without prejudice without waiving any rights or remedies,
statutorial or procedual. He is not a state prisoner,
Title 28, sec 2254, nor a federal prisoner, sec 2255,
He is a **Neutral**, indigenous of America as a Creek Moor
or Creek Indian, and African Moor, under the Original
Jurisdiction by Apostille, held without charges **verified**
by assessment, nor right of title, hence, no corpus
deliciti (body of offense), the Suffolk Prosecutor(s) and
Department of Corrections Prosecutor(s) are practicing
Law without a license and the court is without **subject**
**matter** jurisdiction. I am the **perfect lien holder** in this
matter, holding the only title to the subject matter. At
no time was consent waived.

This is filed under the Admiralty Jurisdiction by
way of the "Instant Court" Art. 3, sec. 2; and the "Prize
Phase" the WAR POWERS ACT, Art. 1, sec. 8, Cl. 11, also
this Court holds ancillary Jurisdiction/pendent jurisdic-
tion over the Counter Claim by way of the Supplemental
jurisdiction Statute, 28 USCA § 1367, since all three
Federal Question, Maritime Tort - War Powers Act, and
CounterClaim arise from the same transaction. This is my
**only remedy** per Mr Barry-Henry: Spencer Junior's Contracts
of Political Status. **It is the President's** absolute
**ministerial duty to identify, restore, and correct any and**
**all errors, injuries, wrongs, and damages at any time**
**and/or attached to Him pursuant to Congressional demand**
**within 15 Stat. Ch 249.** United States Claims Court Art. 1.

## JURISDICTION

This District Court of the united States of America
does hold the Original Jurisdiction to The **Spencer**
Contracts of Political Status, and there is no need to

Exhaust state remedies because the District Court juris-
diction supercedes that of the state. The state maritime
tort is an assumpsit to indemnify the corporate government
for the public and national debt, by way of the Emergency
Banking Act, aka War Powers Act or Trading With The Enemy
Act passed by Roosevelt March 9, 1933, so it falls under
ADMIRALTY MARITIME LAW, U.S. Constitution Article 3,
Section 2, along with the Constitutional Federal Questions
and the Admiralty right or remedy counterclaim, which is
setoff, recoupment. Basicly, Title 28, sec. 1333, gives
the District Court original jurisdiction exclusive to the
courts of the state. State courts do not have jurisdiction
under Admiralty. State courts do not have subject matter
jurisdiction in admiralty, not even concurrently. The
Federal District Courts will have original jurisdiction of
all claims in Admiralty Maritime Law, Savings To Suiters,
and Remedy in Common Law were it is available. The state
has played ignorant to the remedy - Counterclaim.

## COUNTS ON FEDERAL QUESTION AND
## COUNTER CLAIM

Count 1- Denial freedom expression of Religion

Petitioner is presently detained  in Bridgewater
State Hospital in retaliation to filing a CounterClaim
against the Commonwealth, its Employees, Servants and
Agents, under the guise of being one with a mental Health
problem and involuntaryly force to take medication that
obstructs his freedom to exercise his religious belief and
his freedom of expresson in prayer five times or more
daily, however, the forced medication distorts his mental
capicity and is in violation of the religious beliefs,
private beliefs and family beliefs, thus, ostracizing him
from his family ties and religious ties, community and
Nationality.

Count 2- Deniel of Equal Protection and the Right
To Peacably Assemble and Petition The
Government   for Redress

The Petitioner was denied access to Public Hearings
with his family present, in suffolk Superior Court by
Frances A. McIntyre, Assoc J, Edward W. Wayland, Allison
Callahan, for Daniel F. Conley Suff Pros, and has basicly
ignored His right to Remedy as a Right in ADMIRALTY by
Counterclaim, pursuant to Rule 9 and 13.

Count 3- Denial of Equal Protection and Due Process

The Petitioner was denied access to the court, and
denied the ability to cross-examine the witnesses (notibly
the court of Appeals recently reversed this case on the
same issue). The Court McIntyre, Wayland and Jeffery Minor
conspired and usurp His rights to the Original Jurisdiction
and the Petitioner without consent, or waiver of rights was
kidnapped and taken to Bridgewater State Hospital on
January 11, 2011 to present, under the deceit of second call.

Count 4- Denial of Equal protection and Due Process

The Petitioner was again taken into Court on February 11,

2011 and when He questioned McIntyre on her illegal act
of kidnapping him she played the recess game, then after
the clearing of the room she returned with the Wayland,
Gillis, Plouffee (Bridgewater DOC Attorney) and Callahan
to make decisions without his presense. Wayland was told he
did not represent Him nor Himself (jurisitic person).

Count 5- Denial of Equal Protection and Due Process

The Petitioner was once again denied access to the
court on March 3, 2011 and the court McIntyre waived his
right(s) without consent and had a Chap 123, § 16b
Competency Hearing, He was denied access to the Hearing,
opportunity to cross-examine witnesses, perserve his rights
and remedies. She (McIntyre) even made a ruling that has
held him in Bridgewater state Hospital illegally, alleging
he is incompetent to stand trial without **verified** claim.

-6-

Count 6- Deniel of Equal Protection, Due process and
        Involuntarily Compeled to Perform

While in Bridgewater State Hospital, Robert Murphy,
Superintendant subjected the petitioner to His prison Rules
and Regulations without consent, Robert B. Diener, MD
subjected him to his compelled  compliance in his Evaluation
process,   for the Court under the Jeffrey Minor recommen-
dation pursuant to M.G.L. ch. 123, sec 15(a) The constitu-
tionality of the state statute violates peonage and
involuntary servatude 42 USC 1994, Peonage Abolished, and
18 USC 1581, Peonage; obstructing enforcement; formerly
Revised Statutes 1990 and 5526. The act of Congress,
nullifying all state laws by which it should be attempted
to enforce the service or labor of any persons as peons,
in liquidation of any debt or obligation or otherwise
necessarily embraces all legislation which seeks to compel
the service or labor by making it a crime to refuse or fail
to perform it. Such law would furnish the readiest means of
compulsion.

Count 7- Deniel of Equal Protection, Due Process and
        Involuntary Compeled to Perform

After McIntyre and crew did their illegal acts on
on March 3, 2011, Diener, Sandra Ehlinger, John Plouffee,
Arthur Tenenbaum, Gillis, and now comer Rosemary B. Minehan,
Assoc J, decide to have a private court in Bridgewater
State Hospital without Petitioner's consent or waiver,
Minehan, told Him not to speak, Gillis was told not to make
any appearance by him (Petitioner) and to express the lack
of consent, recognizing the alledged court, nor having an  '
agreement of Fact with Petitioner. Minehan made a crude
remark about Petitioner and his desire to speak, & know
who this woman was trying to get him to comply to her
wishes, without jurisdiction or his waiver. Petitioner
told her, Gillis was fired, and He was now Pro se, so
Minehan called recess and then proceeded with her 123, 8A-B

-7-

Hearing of questioning alleged witnesses, she was practing
law from the Bench for the petitioner while he was not
present, and made some ruling illegally, to involuntarily
Force Medication upon the Petitioner's Private Person, by
the Department of Correction Staff under Robert Murphy and
Robert Diener. The constitutionality of the state statute
violates so many constutitional amendments it is not within
my knowledge to enumerate them all, but the involuntary com-
pelled, compliance alone violates peonage and involuntary
servitude in the Supreme Judicial Court Case Bailey v.
Alabama, 219 US 219, 242-243 made it clear citing Clyatt,
[1974 US 207 (1904)], "[T]he constitutionality and scope
of sections 1990 and 5526 present the first questions for
our consideration. They prohibit peonage. What is peonage?
It may be defined as a status or condition of compulsory
service, based upon indebtedness of the peon to the master.
The basal fact is indebtedness. As said by Judge Benedict,
delivering the opinion in Jaremillo v Romero, 1 N. Mex.
190, k 194: 'One fact existed universally; all were
indebted to their masters. This was the cord by which they
seemed bound to their master' service.' Upon this is based
a condition of compulsory service. Peonage is sometimes
classified as voluntary or involuntary, but this implies
simply a difference in the  mode or origin, but none in the
character of the servitude. The one exists where the debtor
voluntarily contracts to enter the service of his creditor.
The other is forced upon the debtor by some provision of
law. But peonage, however, created is compulsory service,
involuntary servitude. The peon can release himself there
from it is true, by the payment of the debt, but otherwise
the service is enforced. A clear distinction exists between
peonage and involuntary performance of labor or rendering
of services in payment of a debt. In the latter case the
debtor, although contracting to pay his indebtedness by
labor or service, and subject like the other contractor to
an action for damages for breach that contract, can elect

-8-

at any time to break it, and no law or force compels
performance or a continuance of that service,"

Count 8- Forced Medication Upon a Person who Is Not
Mentally Ill and Fraud as Protective Cover

Diener, Tenenbaum, Ehlinger, Plouffe, Gillis and
Minehan, attempted to use fraud to provide a protective
covering for the illegal acts committed by them in
Superior Court with McIntyre, Ball, Wayland, Gillis, Minor,
Callihan, and unknown Court supervisior on January 11, 28,
February 4, 11, and March 3, 2011, by the March 23, 2011
illegal order, or was there one? To force medication.

Count 9- The Bridgewater Court? Superior Court?
Prosecutor and Department of Correction
Lacks Jurisdiction of Barry-Henry: Spencer
and Subject Matter Jurisdiction

Petitioner presented the State and Federal corporate
governments PUBLIC NOTICE, DECLARATIONS, AND HONORABLE
CLARIFICATION, SECURITY AGREEMENTS, and numerous Acts of
State in 2009, placing him in the Original Jurisdiction,
see Papers 75-79 on Public Record of Suffolk Superior Court
Docket (should of been Arrested by this Court), Declaring
His Political Status as not a Citizen, subject, vessel, or
person as defined in Title 26 USC § 7701, defined  as an
ens legis artificial Person, nor a debtor under the Federal
Reserve Act which comprises a contractual agreement by
Congress to the Federal Reserve Bank of a paramount and
enduring (ex-warranto 1913-1933) lien on the assets of the
United States and all parties who would use Bank Notes
issues by the Federal Reserve Bank Pursuant to 38 Stat 265
ch. 6, pp 266-267; Nor is He as security, surety, co-surety,
or collateral for any part or portion of the public debt
which has been hypothecated by the use of counterfeited
Federal Reserve securities, by pledge, mortgage, lien or
encumbrance by the Council of State Governors, made on
March 6, 1933; That the United States is defined as a
federal corporation at Title 28 USC 3002(15); The United
States is bankrupt pursuant to Perry v United States, 294

US 330-381; He established his Registered Right as
perfect lien holder with MASSACHUSETTS, and in INTERNATIONAL
"High Sea" of Commerce Infra Corpus Comitatus Waring v
Clark, 5 How.146 U.S. 446, as Registered Liber No.MA UCC-1
200972913140, also Trade Mark notice by common law that
Barry-Henry: Spencer, Junior is Trade Marked $^{TM}$ and all
trade names and derivatives thereof, whether or not
registered, and property of Barry-Henry: Spencer,Junior
to whom all rights are reserved; He enjoys immunity from
criminal and civl jurisdiction, arrest and detention,
is a foreign official and not subject to intrusion or
seizure, However, the Acts of State have been Breach by
MASSACHUSETTS Republic united States of America, The
Public Offical have breached these Acts State.

Count 10- Constitutionality of State Codes are based
Upon Peonage and Involutary Servitude

It is well established that all juristic persons
herein mentioned under Parties, have utilized public policy
in the form of citations, legislations, prescriptions,
and other presentments i.e. complaints, true bills, indict-
ments, ect., issued by government bodies politic on the
alleged authority of State codes comprise a cloak to dis-
guise collateral undertaking in U.S. Funds, as the under-
lying case(s) in this matter currently, that was reversed
on Constitutional grounds, however, the Appeals Court did
not want to, nor had jurisdiction to review the Breach of
Contracts involving the Acts of State, nor the Fraud of
all such offers want for authority for Funds or the peonage&
involuntary servitude for complusion of service under state
law by constent threat and fear of imprisonment for the
involuntary performance, any state statute, which makes it
legal to hold someone in a condition of peonage is unconsti-
tutional, and under the original organic State Constitutions
and Acts of State,any & all pre-existing, current and future
presentments, statutes, codes effecting Petitioner are
forbidden and can never be duly enacted, as enfoced law.

Count 11- Failure to state a Claim by Public Officers
Fraud, and Breach of Oath of Office and
Breach of Contracts Act of State

The State of Massachusetts Courts are acting without
**subject matter** jurisdiction, as if it is a Federal Court
under **jus belli** (WAR POWERS ACT) and the constitution in
ADMIRALTY JURISDICTION, Const. Art. 3, sec. 2, predicated
upon the presumption of power given by the WAR POWERS ACT
of 1933, by the federal judge who gave them an alleged
right under said WAR POWERS ACT. I, **Barry-Henry: Spencer,
Junior,invoke without prejudice all rights and remedies,
statutorial and procedual, without waiving any right or
remedy,** to what is afforded as an enemy of the United
States under the the Emergency Bank Act of March 9, 1933
or any alleged PATRIOT ACTS, which are unPATRIOTIC, and
a state of DOMESTIC WAR and TREASON, against the Original
Jurisdiction. Now, it is well established there is no
dual or concurrent ADMIRALTY JURISDICTION, only those
afforded by the Constitution Art. 3, sec. 2, see Art 9,
Further, no state judge has letter of Marque and Reprisal,
Const. Art 1, sec 8, cl. 11, or have special commission
under Title X, sec 7355 of the UCMJ to collect revenue,
thus, the jurisdictional agrument there must fail also,
Knowing of this Petitioner's Political Status as a
**Neutral** and no claim to him, his possession and he having
all rights to the Original Jurisdiction, Creek Nation,
African Moor Nation, and American Nation all without pre-
judice without waiving any rights or remedies, statutorial
or procedual, as the perfect lien'holder of self, All
herein Respondants, especially Associated Judges have
breached their Oath of Office, oath to uphold the **lex
mercatoria,** by implication of their office. Hence all
involved are practicing law with a license based upon
bring charges **without title, bond nor corpus deliciti**
(body of offense) there has to be a victim and in
ADMIRALTY JURISDICTION, you must Bond your claim, no

-11-

victim no bond no case, even arguing aguendo there is no
assessment of the charges to verify an injury to any person
juristic or otherwise. This leaves the Respondents **ripe**
for **Forfeiture,** and opens the subject matter of the remedy
counterclaim, recoupment and or setoff based upon the
doctrine of "Piercing the Corporate Veil".

> Count 12– Retaliation, Due Process Violations, Illegal
>         Detention and Imprisonment, Denial of Bail
>         and Release, Fraud of Alleging Mental
>         Illness to Detain, Malicious Prosecution and
>         Peonage and Involuntary Servitude

Petitioner and Boston Police Officer Keenan, Dwan, Chu,
Lynch, Ryle& Mahoney, and District Attorney Daniel F.
Conley, by way of Barbara A. Young, have a long history of
wins and lost on both sides criminal and civil issues based
on malversation and retalitory acts arising around Petitioner's
substance abuse problems for years, resulting in these
Public officers arresting him knowing he was an addict, but
charging him as a dealer under the illegal guise of an
**objective method.** Petitioner eventually gotten tired, and
faught back in Suffolk Superior Court case No. 2004-10017,
and told the World on Public Record of the adverse and
abusive acts of the Boston Police Department Detectives
in selective prosecution, malicious prosecution and so many
due process violation I can not enumerate. see Model Penal
Code sec 2.13, SHERMAN - SORRELS DOCTRINE. Petitioner spent
663 days incercated, to be found NOT GUILTY BY JURY, and
held over his time 297 days yet not compensated by the
State, quick to incarcerate but hate to pay for the frau-
dulent acts of its officers resulting in unlawful imprison-
ment, peonage and [1]involuntary for about a year all on the
malicious use of process. At all times Petitioner was not
sentenced but on a ransom he could not afford, and held
by the Suffolk Sheriff, and sent to the Department of
Correction, per sec 52A. Boston Police and Suffolk Prose-
cutors work hand in hand to prosecute by any deceit in
violation of the law, to incarcerate drug abusers as if

1 involuntary servitude

-12-

they are the actual ones supplying drugs.

Court 13- Conspiracy To Obstruct Justice, Malicious
Use of Process

Petitioner while on bail for Suffolk Superior case
No. 2004-10017, Boston Police Malfeasors under their same
deceitful and fraudulant malverse objective method but
with a twist of hypothetical - person, utilized Kathy
Parker and "Walter" occupents of 147 Charles Street as
patsy made an agreement of contract, acting in private
conspiracy to get Parker to allege someone had taken
over her apartment (Black male and female and are selling
drugs and will not leave), knowing the only prior and
present criminal activity is by way of Parker by and
through her private acts of " use ", Keenan, Dwan, Chu,
Lynch, Ryle, and Mahoney decided to impede, or hinder,
or obstruct, or defeat the due course of justice in the
State of Massachusetts a Republic of united States of
America, with purposeful intent to deny the equal pro-
tection of the law, under the color of State law or
Authority. or other, by way of having Parker or Walter
try to convince the Petitioner to sell drugs to her
friend (undercover law-enforcement- Keenan allegedly)
or to just pick'them up moreso and her friend will
reimburse Petitioner. said Petitioner refused, however,
Parker and Petitioner's Friend is the nexus of Peti-
tioner and Parkers acquantance, Pet. Friend decided to
help another addict not thinking the conduct was pro-
hibited, but moreso a' private hand helping was fraudu-
lently deceived and Parkers persuasive methods knowing
Petitioner's Friend was homeless,and basicly Petitioner
too in need of a place to sleep created a substaint risk
that the charged offenses of Distribution would of been
committed by by her who was not otherwise inclined to
commit said acts in violation of the statute staple for
the assumpsit, of the nation public debt, resulting in loss

-13-

of due process, and deprived of having or excercising
any right, **Federal Conspiracy to Obstruct Justice Act**
(title 42 USCS Sec 1985(2), usurp by Respondents malfeasors.

Count 14- Malicious abuse of Process, Violation
of Due Process and Attempt To Enforce
Unconstitutional Statute

The Boston Police in the effort to enforce the
unconstitutional state statute that forces compliance,
and threats of criminal prosecution, United States v
Clement (1909, DC SC) 171 F 974, had decided to go to
the Magistrate for a warrant, after obtaining drugs by
way of deceit, and fraud using the **objective method**,
yet in violation of the 6th Article - Confrontational
clause the supervisor Dwan sent a subordinate Lynch to
apply, and testify for what Keenan allegedly saw and
did, Commonwealth v King, 858 N.E.2d 308, the court
suppressed evidence where one officer attempted to
testify for another at a suppression hearing, the
Petitioner filed a motion based upon the same acts just
concerning the Magistrate hearing for obtaining the
warrant, Suffolk Superior Docket p. 36, then the officers
lost the letter and copy of the recording **exculpatory
evidence**, p. 34, and due to not having the evidence
He moved to have Parker Interviewed, p. 31. Keenan
utilized the Parker information, Letter and Call at
the Indictment hearing - Grand Jury, however, at the
suppression hearing he admitted to his illegal acts,
presenting germaine information to the Grand Jury and
how there was no criminal activity but of the officers'
design, and how he and his co-conspirators designed,
followed through the plan to incarcerate. Prosecutors
Young, Callihan, Martino, Ferguson, Zanini, and Conley
all have conspired with these officers in order to
obtain a conviction and place Petitioner in Dishonor,
none had a lien or Title to Petitioner, nor even the State
or Federal government, and All attorneys attached, Cohen,
Narris, Gillis, and Clark all failing to advise of the

-14-

legal rights with full disclosure, to introduce the
confirmation and ratification implied to legal minds,
knowledge of defects in the acts to be confirmed even
the most important part Booking and arraignment, and the
right to reject or ratify it, and the maxim "ignorantis
legis excusant neminem' can not be invoked in any such
a case, Garrett v Reid Cashion Land, 34 Ariz 245, 270 P.
3044, p 1052, quoting Adair v Brimmer, 74 NY 539, thus,
dropping their performance below their standards, and
allowing the Petitioners Rights to be trampled by having
him waive key elements, such as jurisdiction, or to
verify charges for the prosecutor. Hence, they were all
working together in these conspired acts, Rouselle v
Perez (1968) 293 F Supp 298, placing badges of fraud on
them, Even Judges Hinkle, Holtz, and Gaziano, wear the
said Fraud badge, predicated upon their prior knowledge,
superior knowledge of the law, will of intent, perjury
of Oath of Office, constructive treason, bad faith,
breach of fiducary/trustee responsibility by said Oaths.
These Officers herein have no immunity based upon the
Petitioners' Acts of State, and being advised, as in
Ex Parte v Young, 209 US 123 (1908) The attempt of a
State Officer to enforce an unconstitutional statute,
is a proceeding without  authority of and does not
effect, the State in its sovereign or the governmental
capacity, and is an illegal act, and the officer is
**stripped of his official character and is subject in his
person** to the consequences of his individual conduct.
The State, has no power to impart to its officer immunity
from responsibility to the supreme authority of the
United States. Petitioner's remedy and right to counter-
claim is ripe for forclosure, against all private
Respondants.

  Count 15- Trade Mark Infringement, Usurpation of
       Securities-BID BONDS, PERFORMANCE BONDS,
       and PAYMENT BONDS sold under MILLER ACT

  The District and Superior Courts have violated all

business practices by fraud, deceit, malversation for
personal gain or the gain for the commonwealth - state
by way of creating securities by the dishonor of any
defendant in the criminal process by way of **BID BOND,
PERFORMANCE BOND AND PAYMENT BOND;** The lower court,
sells the **DISHONOR** of the public and national assumpsit
to the higher court i.e. District to Superior - Superior
to Federal District, then these **STANDARD FORM 24, 25 and
25A** (Rev. 10-98) Prescribed by GSA - FAR (48 CFR) 53.228
are converted to the federal **BID, PERFORMANCE AND PAYMENT
FORMS and sold,** to insurance companies pursuant to the
**MILLER ACT,** to recoup for the Defendants DISHONOR and
DEFAULT in payment of the public and national debt,
but the Prosecutor, Judges and Defense attorney all herein
even the low level officer who enforce the statute, all are
independant contractors for the Federal Reserve Bank used
as patsies, to cloak and disguise collateral undertaking
of U.S. funds for the United States Corporation Title **28
USC 3002(15),** bankruptcy, Perry v. United States, 294 US
330-381 (1935) 79 L.Ed 912, pursuant to the Federal Reserve
Bank Act of December 23, 1913, **38 Stat. 265, ch. 6.,**
hence. all these acts are **fraud,** in **bad faith, TREASON,
and DOMESTIC WAR against Americans without Full Disclosure,
resulting** in peonage and involuntary servitude for the
**assumpsit.** The criminal commercial crime(s) are just suits
as well as transfers to other courts i.e. District to
indictment to Superior, are just protective coverings of
the fraud, Steelman v All Continent Corp., 301 US 278, 81
L.Ed 1085, and any judgement of the court whether by Judge
or jury does not remove the taint of illegality, First
National Bank v Flershem, 290 US 504, 78 L.Ed 465. These
Officers of government bodies politic, in all branches/
departments, Executive, Legislative and Judicial, **being
Bond by Oath of Office,** bonded to fidelity, fidelitatis
sacramentum to the Constitutional trust to the people,
then politic body, are under ministerial duty, Supervisors
v United States ex rel. 71 U.S. 435, 4 Wall 435. Under the

character of ministerial Officer(s) the Respondents are liable for years of injury done, where their acts are clearly against the law, and the judical doctrine of official immunity of judicial, executive or legislative officers **does not** reach so far as to immunize criminal conduct i.e. malicious abuse of process, peonage and involuntary servatude, ect., or any act prescribed by an Act of Congress, O'Shea v Littleton, 414 US 488, 94 S. Ct. 669. Also in equity there are certain rules prohibiting parties bearing certain relations to each other from contracting between themselves; and if parties bearing such relations enter into contracts with each other, courts of equity presume them to be fraudulent and covert the fraudulent party into trustee **Perry on Trust** (7th Ed) Sec 194, in Braun v Hansen (1939) 103 F 2d 685. The unilateral **contract without full disclosure** between the Petitioner and the Boston Municipal Court and Superior Court, consist of the fraudulent relations with one party catching Hell (Petitioner) while the other (State of Massachusetts, its agents, employees and servants) reak the benefits of Heaven by the securities, CAFRA Benefits, Seizures of Property, ect., all without lien against Petitioner, Title or a bonded case, by any Respondent, thus, practing law without, a license, malversation, impede, hinder, obstruct and defeated the due course of justice in a State of Massachusetts a Republic united States of America Federal Conspiracy to Obstruct Justice Act. Under the doctrines of res gestae, res ipsa loquitur, and respondeat superior, all Respondents had prior knowledge, authority, power, opportunity to prevent or aid in preventing injury, damage having been or about to be commited, **Title 42 USCS Sec 1986,** yet did nothing.

> Count 16- Default of Petitioner's Act of State
> Documents Estoppel of all Actions,
> Administrative and Judicial

Petitioner presented several Private International Law Documents, to Public officials Secretary of State

the State of Massachusetts, Judges in Suffolk Superior Court
and US Attorney, also numerous Federal and State Officials
in 2009 to present, see Suffolk Superior Court Docket p 75-
79, and October 2010 Counterclaim, pursuant to the Hague
Conference On Public International Law dated October 5th,
1961, at the convention Abolishing the Requirement of Legis-
lation for Foreign Public Documents. It was on October, 1981
in which the United States declared as being a signatory to
this Convention, and He (petitoner) followed through on the
procedure required for legalization of administrative/
judicial documents, even as of recent for the Second Time
and at no time did any State or Federal Official respond,
although required to respond by their Oath of Office. As
Notification of legal responsibility is "the first essential
of due process of law" Connally v General Construction Co.,
269 U.S. 385, 391. Silence can only be equated with fraud
where there is a legal or moral duty to speak or when an
inquiry left unanswered would be intentionally misleading,
U.S. v Tweel, 550 F.2d 297. It is the ministerial fiducary/
trustee duty of each and every government official, officer,
agent, contractor, and assign of the UNITED STATES, the
STATE OF MASSACHUSETTS, the Federal Reserve Banks/System,
the international Monetary Fund, ect., and any and all
other obligors/grantors who viewed the notices (Respondents)
to timely and fully answer, Federal Crop Insurance v
Merrill (1947) 332 US 380., 92 L.Ed 10, 68 S.Ct. 1, 175
ALR 1075. Hence, Default comprises an estoppel of all
actions, administrative and judicial, by respondents
against Barry-Hehry: Spencer, Junior, 3J. Pomeroy, Equity
Jurisprudence Section 805, p. 192, Restatement 2d of Torts
Section 894 (1)(1979). The doctrine of Estoppel by Silence
arises where a person is under duty to another to speak
or failure to speak is inconsistent with honest dealings,
In Re McArdles Estate, 140 Misc. 257, et seq., and
Silence, to work estoppel, must amount to bad faith, Wise
v USDC Ky., 38 F Supp 130, 134, where duty and opportunity
to speak, Codd v Westchester Fire Ins. Co., 14 Wash. 2d

600,128 P 2d 968, 151 ALR 316, creating ignorance of facts
Cushing v US Mass, 18 F Supp 83, inducing person claiming
estoppel to alter his position, Braunch v Freking, 219
Iowa 556, 258 NW 892, knowledge of facts and rights by
person estopped, Harvey v Richard, 200 La. 97, 7 So. 2d
674, willfull or culpable silence, Lenconi v Fidelity
Trust & Savings Bank of Fresno, 96 Cal. App. 490, 273 P.
103 et seq., "Silence" implies knowledge, and an oppor-
tunity to act upon it, Pence v Langdon, 99 US 578, 581.

   Count 17- Illegal Arrest by and through Object
      Method, Lack of Juristiction, Creation
      of Illegal Securities Bond(s), Breach of
      Act of State Contracts

  On November 24, 2010 while Petitioner was minding his
business, he was stopped by the same team of Boston Police
officers, herein Respondents, and subjected to the same
objective method; of illegal acts that occurred in the
prior case, Suffolk Superior Court No. 2004-10017, the
Officers working for find revenue pursuant to The Federal
Reserve Bank Act, 38 Stat 1177, by way of vitiation of the
Massachusetts public policy under the alleged authority of
State codes to "Seizure" a citizen, for payment of the
assumpsit. Petitioner wa caught in the dragnet inadvertantly
by the State failed to respond and react to HONOR the
Petitioner's Proper Political Status and Original Jurisdic-
tion, also immunity as a foreign official and not subject
to intrusion and or seizure. He refused to contract with
the officials, was booked under Duress, coercion, threats,
and intimidation; Never was arraigned in Boston Municipal
Court No. 1001CR008277, thus, no preexisting contracts,
Petitioner filed a counterclaim in ADMIRALTY. Allegedly
the Suffolk Prosecutors, Respondents herein, have gotten
an indictment without Ownership Title, Lien, or Bond,
hence, they have no corpus deliciti (Body of offense),
so they are again practicing law without a license, and
them along with McIntyre are practicing law from the
bench for the Petitioner, since he Fired Both state
attorneys assigned to his case due to their failure to

provide Full Disclosure of all mentioned herein. All the Respondents are **ripe for foreclosure,** based upon their acts against Petitioner.

Count 18- Illegal Arrest by and through Fraud, Retaliation, Prejudicial Error by Officers, Breach of Contracts of Acts of State

On December 11, 2010 while the petitioner was leaving Tellos Department Store he and two young ladies stopped at ChinaTown, talked with some friends and was prepared to leave when Mahoney and company approach the Petitioner and immediately assulted his person. Petitioner immediately defended himself not knowing since the Respondents did not identify themselves, just twisting fingers, armes, neck, choking him, beating of his already broken body. They (Respondents Boston Police Officers) had no jurisdiction, title or Lien upon the Petitioner to justify their acts, their case was based upon grabbing someone down the street and around the corner with drugs alleging petitioner had sold them to the person. This time at the Booking Station A-1 they offered to speak to the Magistrate due to their mistake, Petitioner was never Booked over the long weekend, nor arraigned in Boston Municipal Court No. 1001CR009026. The Prosecutor for Suffolk and Assoc J Forde, admitted in open court, Petitioner was never Booked and Forde had Order for him to be Booked, although Petitioner was under optional appearance under duress, threats, coercion and intimidation of murderous intent by and through the actions of the Boston Police Officer, and the court. At <u>no time</u> did the prosecutor or judge have jurisdiction of him, nor <u>Title, lien or bond or corpus deliciti,</u> so again the Respondent were practing law without Full disclosure or License, making them **ripe for foreclosure on the counter-claim of the Petitioner.**

## REMEDY

Petitioner moves The Respondent Barack H. Obama President, united States of America, and Deval Patrick, Governor, State of Massachusetts, a Republic united States of America under their ministeral duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages, upon receipt of this document, ORDER the immediate release of the Petitioner and pay his counterclaims in the sum of $30,000,000.00 (Thirty Million USD), provide housing, vehicle and cash or credit until the check clears

## DISCLAIMER

The Quotation of the Privately Copyrighted Statutory
Legislatively Created Case Law and State and Federal
Statutes Pursuant to PL 88-244, December 30, 1963, is
Done Without Intent To Create A " USE ", Violate Any
Private Copyright, or Give Legal Advice To Anyone, and
Stands So Unless Lawfully Protested By Any Concerned
Party(ies)

Notice to the principal is notice to the agents. Notice
to the agent is notice to the principals. By this Writ
of Habeas Corpus, Public notice, Declarations, and
Honorable Clarifications the world is now informed.

    The use of anotary republic herein is of necessary
and under Honorable Clarifications in All Acts of State
without creating or implying the existance of any contract
just the enforcement of what is already established. I
hereby verify the foregoing document is true, the whole
truth, and not misleading in any way under pains and
penalty of perjury.

L.S. _Barry Henry Spencer Junior_
Me, Claimant, Lien Holder, Private
Sovereign, Divine Inhabitant

Act of State
Primary Signature Certification
(Convention de La Haye du 5 October 1961)
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention · 12)

I, Barry-Henry: Spencer, Junior, do hereby certify the
Sentient Signature in Archetype Document enclosed to be a
a true, correct, complete and not misleading original,
containing the primary signature as sealed below. This
notarization is for is for the purpose of signature (auto-
graph) certification only, for foreign use (i.e., United
States of America) of the U.S. originated document. This
is pursuant to the Hague Conference on Private International
law dated October 5th, 1961, at the Convention Abolishing
the Requirement of Legislation for Foreign Public Documents
It was on 15 October, 1981 in which the United States
declared as being a signatory to this Convention, and this
procedure is required for the legalization of administrative/
Judicial documents as herein enclosed.

The State of Massachusetts
The County of Plymouth          Acknowledged before me on the
                                31st day of March 2011

_Kurt W. Eid_                   _Barry Henry Spencer Junior_
Notary Signature                Sentient Citizen, Claimant

Apostille Number:___ _____ _____