```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                              |   |                    |
|------------------------------|---|--------------------|
| **BARRY H. SPENCER, JR.,**   | ) |                    |
|    Petitioner,| ) |                    |
|                              | ) | Civil Action No.   |
|    v.         | ) | 11-10591-NMG       |
|                              | ) |                    |
| **BARACK H. OBAMA, et al.,** | ) |                    |
|    Respondents.| )|                    |

**MEMORANDUM AND ORDER**

**GORTON, J.**

For the reasons stated below, the Court dismisses this action.

## I. Background

On April 7, 2011, Barry H. Spencer, Jr., who is confined at the Bridgewater State Hospital, filed five petitions and paid a $5.00 filing fee. He also filed a motion for leave to proceed <u>in forma pauperis</u>.

In his "Petition Under War Powers Act and Federal Question under the Constitution and Maritime tort Counterclaim for Writ of Habeas Corpus" (#1), Spencer names President Barack H. Obama and thirty-two other parties as respondents. Spencer states that the petition is brought under the "Admiralty Jurisdiction" of the Court at the "War Powers Act." Although the petition is not clear, it is apparent that Spencer is complaining about his current detention and state court proceedings against him, including a competency proceeding.

It appears that, in the "Petition to Move to Federal Court" (#3), Spencer is trying to remove pending state criminal prosecution to federal court. He claims that federal court is the proper venue because "the commonwealth does not offer a remedy even as prescribed by Admiralty Jurisdiction by Counterclaim or Setoff." Pet. at 2.

In the "Petition of Intervention of Right" (#4), Spencer claims he has "a secured interest in the subject matter of the complaint that supercedes the plaintiff as a lien holder." Pet. at 1.

In Spencer's "Petition to Void Judgments of Court, Pre-Existing, Current and Future" (#5), he claims that "any and all judgements in Suffolk Superior Court Criminal or Civil, baring My Juristic person should be deemed **void,** and transfered back to the Original jurisdiction the united States of America District Court or the Admiralty Court DISTRICT COURT OF UNITED STATES OF AMERICA." Pet. at 5 (as in original).

In the "Petition for Issuance of Warrant for Arrest" (#6), Spencer asks that the Court issue warrants for arrests against thirty-two "juristic persons or vessels, " Pet. at 1, including the President of the United States and the Governor of the Commonwealth of Massachusetts.

## II. **Discussion**

Under 28 U.S.C. § 2243, if "it appears from the application

that the applicant ... is not entitled [to a writ of habeas corpus]," the district court is not required to order the respondent "to show cause why the writ [of habeas corpus] should not be granted." 28 U.S.C. § 2243.

Spencer has not set forth any grounds for relief. To the extent that Spencer seeks relief other than immediate or speedier release from custody, his claims are not the proper subject of a habeas petition. See Preiser v. Rodriguez, 411 U.S. 475, 484 (1973) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release . . . .").

To the extent that Spencer seeks release, the petitions are denied because they do not set forth a cognizable basis for relief. The petitions are unclear and confusing, and Spencer's invocation of admiralty jurisdiction has no relevance. Further, state criminal proceedings are not generally removable, see 28 U.S.C. § 1443, and the Court will not interfere in a state criminal proceeding, see In re Justices of Superior Court Dept. of Mass. Trial Court, 218 F.3d 11, 16 (1st Cir. 2000).

### ORDER

Accordingly, the Court denies all of the petitions filed in this action and orders that this action be DISMISSED. The motion for leave to proceed in forma pauperis is DENIED AS MOOT.

**So ordered.**

    /s/ Nathaniel M. Gorton
    Nathaniel M. Gorton
    United States District Judge

Dated: 4/27/11